UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 12-80936-CIV-MIDDLEBROOKS/BRANNON

ERIC RODRIGUEZ,

    Plaintiff,

v.

STRAUB MANAGEMENT CORP., d/b/a
TRYST,

    Defendant.

_____/

## ORDER REQUIRING EXPEDITED RESPONSE

THIS CAUSE comes before the Court upon Defendant Straub Management Corporation's, d/b/a Tryst, ("Defendant") Motion for Protective Order & Objections to Plaintiff's First Request for Production of Documents ("Motion") (DE 15). I have reviewed the Motion and am advised in the premises. Because this case is set for trial next month, it is hereby

**ORDERED and ADJUDGED** that Plaintiff shall respond to the Motion for Protective Order (DE 15) **on or before Friday, March 8, 2013**.

**DONE and ORDERED** in Chambers, at West Palm Beach, Florida this 5th day of March, 2013.

                                                                                            DONALD M. MIDDLEBROOKS
                                                                                            UNITED STATES DISTRICT JUDGE

Copies to:       Counsel of Record